810

No. 90–1689. GAMBINO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1692. GLECIER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1695. SCHWIMMER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1704. OYLER *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 90–1707. MARTIN COUNTY, FLORIDA *v.* EXECUTIVE 100, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1709. JEHAN-DAS, INC. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–1715. PHT, INC., DBA POLYNESIAN HOSPITALITY TOURS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 90–1721. NEW YORK CITY PUBLIC UTILITY SERVICE *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.;
No. 90–1725. VERMONT DEPARTMENT OF PUBLIC SERVICE *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.;
No. 90–1760. COUNTY OF WESTCHESTER PUBLIC UTILITY SERVICE AGENCY *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 90–1949. O'NEIL, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. *v.* NEW YORK CITY PUBLIC UTILITY SERVICE ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 922 F. 2d 73.

No. 90–1722. GOLDSTEIN *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 90–1728. INGRATI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–1733. BROWN ET AL. *v.* STONE, SECRETARY OF THE ARMY, ET AL. C. A. D. C. Cir. Certiorari denied.